**Order entered December 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01144-CR

### ERNEST EDWARD GAINES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F05-56570-S

## ORDER

On the Court's own motion, we **ORDER** appellant's brief filed as of the date of this order.

/s/     ADA BROWN
        JUSTICE